# Morgan Lewis

**Ira G. Rosenstein**
Partner
+1.212.309.6960
ira.rosenstein@morganlewis.com

August 22, 2017

**VIA ECF**

Hon. Robert M. Levy, Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *Delta Air Lines, Inc. v. Department of Consumer Affairs, City of New York, et al.*,
     Civil Action No. 1:17-cv-01343-ILG-RML

Dear Judge Levy:

We represent Plaintiff Delta Air Lines, Inc. in the above-referenced matter.  We write jointly with Defendants the New York City Department of Consumer Affairs ("DCA") and Lorelei Salas in her official capacity as Commissioner of the DCA pursuant to Your Honor's July 21, 2017 Order directing the parties to submit a Joint Status Report.

Following the Initial Conference on July 20, 2017, the parties discussed potential avenues for resolution of this matter.  At this time, the parties have not reached a resolution, though the parties intend to continue to have good-faith negotiations and will be prepared to provide the Court with another update at the October 31, 2017 Status Conference.

Respectfully submitted,

*/s/ Ira G. Rosenstein*
Ira G. Rosenstein

c:    All counsel of record (via ECF)

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY 10178-0060    T +1.212.309.6000
United States              F +1.212.309.6001