# Morgan Lewis

**Brendan T. Killeen**
Partner
+1.212.309.6712
brendan.killeen@morganlewis.com

March 19, 2019

**VIA ECF**

Hon. Robert M. Levy, Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East, Courtroom 11B
Brooklyn, New York 11201

Re: *Delta Air Lines, Inc. v. Department of Consumer Affairs, City of New York, et al.*,
Civil Action No. 1:17-cv-01343-ILG-RML

Dear Magistrate Judge Levy:

We represent Plaintiff Delta Air Lines, Inc. in the above-referenced matter. We write jointly with Defendants the New York City Department of Consumer Affairs and Lorelei Salas to provide the Court with a status update and to request an adjournment of the status conference presently scheduled for March 25, 2019 at 11:00 A.M.

As of Friday, March 15, 2019, the Parties have completed all fact and expert discovery cooperatively and do not have any discovery disputes requiring intervention or resolution by the Court. The Parties have also explored the possibility of settlement throughout the litigation, but have not been able to reach a resolution and do not believe that a settlement conference would be productive at this time. The Parties are now prepared to move forward with dispositive motion practice and will submit a proposed briefing schedule to Judge Glasser pursuant to Rule IV of his Individual Motion Practices and Rules.

Given that there are no disputes for the Court's resolution and that the Parties do not believe that a settlement conference would be productive, the Parties respectfully request that the status conference presently scheduled for March 25, 2019 be adjourned.

Thank you for your consideration.

Respectfully submitted,

*/s/ Brendan T. Killeen*
Brendan T. Killeen

cc: All counsel of record (via ECF)