# Morgan Lewis

**Brendan T. Killeen**
Partner
+1.212.309.6712
brendan.killeen@morganlewis.com

March 26, 2019

**VIA ECF**

Hon. I. Leo Glasser, District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East, Courtroom 8B South
Brooklyn, New York 11201

Re: *Delta Air Lines, Inc. v. Department of Consumer Affairs, City of New York, et al.*, Civil Action No. 1:17-cv-01343-ILG-RML

Dear Judge Glasser:

We represent Plaintiff Delta Air Lines, Inc. in the above-referenced matter. We write jointly with Defendants the New York City Department of Consumer Affairs and Lorelei Salas pursuant to Rule IV of Your Honor's Individual Motion Practices and Rules to respectfully propose a briefing schedule for the Parties' anticipated Motions for Summary Judgment. The Parties have jointly agreed as follows, subject to the Court's approval:

1. Plaintiff will file its Motion for Summary Judgment by May 22, 2019;

2. Defendants will file their Opposition to Plaintiff's Motion for Summary Judgment and/or Cross-Motion for Summary Judgment by July 3, 2019;

3. Plaintiff will file its Reply in Further Support of its Motion for Summary Judgment and/or Opposition to Defendants' Motion for Summary Judgment by August 7, 2019; and

4. Defendants will file their Reply in Further Support of their Motion for Summary Judgment by August 28, 2019.

Thank you for your consideration.

Respectfully submitted,

*/s/ Brendan T. Killeen*
Brendan T. Killeen

cc: All counsel of record (via ECF)

*So Ordered*
*I. Leo Glasser USDJ*
*3/27/19*

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY 10178-0060
United States

+1.212.309.6000
+1.212.309.6001